# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gravelle, Christine M. | Bankruptcy Court for New Jersey | 05/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Brokerage account #1 (H) | | | | | | | | | |
| 2. | Federated Prime Cash Obligations Cl SS | A | Interest | | | Sold | 01/23/19 | J | | |
| 3. | PNC Bank Deposit Sweep | A | Interest | J | T | Buy | 01/23/19 | J | | |
| 4. | Apple Inc | A | Dividend | J | T | | | | | |
| 5. | ATT | A | Dividend | J | T | | | | | |
| 6. | American AMCAP CL A | A | Dividend | J | T | | | | | |
| 7. | American New World FD CL A | A | Dividend | J | T | | | | | |
| 8. | American Washington Mutual Investors FD CL A | A | Dividend | J | T | | | | | |
| 9. | American High Inc Trust CL A | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | | |
| 11. | Brokerage account IRA (H) | | | | | | | | | |
| 12. | Federated Prime Cash Obligations Fund SS X | A | Interest | | | Sold | 01/23/19 | J | | |
| 13. | American Century Mid Cap Value | A | Dividend | | | Sold | 05/10/19 | K | A | |
| 14. | American Europacific Growth Class F1 | A | Dividend | | | Sold | 05/08/19 | L | A | |
| 15. | American Washington Mutual Investors F-2 | A | Dividend | | | Sold | 06/14/19 | L | D | |
| 16. | Delaware Value Fund | A | Dividend | | | Sold | 05/14/19 | L | A | |
| 17. | Oppenheimer Dev Markets Class Y | A | Dividend | | | Sold | 05/08/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PGIM Jennison Grwth CL Z Name change from Prudential Jennison Gr | A | Dividend | | | Sold | 05/08/19 | L | B | |
| 19. T Rowe Price Growth Stock | A | Dividend | | | Sold | 06/04/19 | L | D | |
| 20. T Rowe Price Intl Discovery Fund | A | Dividend | | | Sold | 05/08/19 | K | A | |
| 21. T Rowe Price Mid Cap Growth | A | Dividend | | | Sold | 05/10/19 | K | A | |
| 22. T Rowe Price Real Estate Fund | A | Dividend | | | Sold | 05/10/19 | K | A | |
| 23. Federated Total Return Bond IS | A | Int./Div. | | | Sold | 05/08/19 | K | A | |
| 24. Lazard Global Listed | A | Dividend | | | Sold | 05/08/19 | K | A | |
| 25. Lord Abbett Total Returned Class F | A | Dividend | | | Sold | 05/08/19 | K | A | |
| 26. PIMCO Real Return Fund CL P | A | Dividend | | | Sold | 04/02/19 | J | A | |
| 27. PGIM Total Return Bond CL Zd NAME CHANGE from Prudential Ttl Rtn Bd Fd | A | Dividend | | | Sold | 05/08/19 | L | A | |
| 28. T Rowe Price Instl Floating Rate CL F | A | Dividend | | | Sold | 04/02/19 | K | A | |
| 29. Vanguard Index Fds Vanguard Small Cap Growth VBK | A | Dividend | | | Sold | 05/10/19 | J | B | |
| 30. Vanguard Index Fds Vanguard Small Cap Growth VBR | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 31. | | | | | | | | | |
| 32. Wells Fargo Expanded Bank Deposit | A | Interest | K | T | Buy | 05/01/19 | K | | |
| 33. US Treasury Note Due 2/29/20 | A | Interest | K | T | Buy | 06/14/19 | K | | |
| 34. US Treasury Bill due 5/21/20 | A | Interest | K | T | Buy | 11/12/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Accenture PLC Ireland | A | Dividend | K | T | Buy | 8/22/19 | K | | |
| 36.  American Express Company | A | Dividend | K | T | Buy | 06/05/19 | K | | |
| 37.  Apple Inc | A | Dividend | K | T | Buy | 08/19/19 | K | | |
| 38.  Arthur J Gallagher & Co | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 39.  Comcast Corp | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 40.  Crown Castle | A | Dividend | K | T | Buy | 06/05/19 | K | | |
| 41.  Docusign | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 42.  Dollar General | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 43.  Generac Holdings | A | Dividend | L | T | Buy | 10/10/19 | L | | |
| 44.  IDEX Corp | A | Dividend | K | T | Buy | 06/14/19 | K | | |
| 45.  Lulumon Athletica | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 46.  Mid-Amer Apt Communities | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 47.  Pacific Premier Bancorp | A | Dividend | K | T | Buy | 10/24/19 | K | | |
| 48.  Pepsico Inc | A | Dividend | K | T | Buy | 08/30/19 | K | | |
| 49.  SiteOne Landscape | A | Dividend | K | T | Buy | 05/22/19 | K | | |
| 50.  Toro Company | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 51.  Trade Desk Inc | A | Dividend | K | T | Buy | 12/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. World Fuel Service Corp | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 53. Xylem Inc | A | Dividend | K | T | Buy | 09/25/19 | K | | |
| 54. | | | | | | | | | |
| 55. Brokerage #3 (H) | | | | | | | | | |
| 56. Wells Fargo Sweep X (inherited) | A | Interest | J | T | | | | | |
| 57. Advansix Inc | A | Dividend | | | Sold | 05/07/19 | J | A | |
| 58. American Water Works | A | Dividend | J | T | | | | | |
| 59. FEDEX Corporation | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 60. Garrett Motion Inc. SPIN/OFF Honeywell | A | Dividend | | | Sold | 05/07/19 | J | A | |
| 61. Home Depot | A | Dividend | | | Sold | 07/22/19 | K | A | |
| 62. Honeywell International | A | Dividend | J | T | | | | | |
| 63. Kimberly Clark Corp | A | Dividend | | | Sold | 01/03/19 | J | A | |
| 64. Microsoft Corp | A | Dividend | K | T | Sold (part) | 05/07/19 | J | A | |
| 65. Resideo Technologies SPIN/OFF Honeywell | A | Dividend | | | Sold | 05/07/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gravelle, Christine M.** | 05/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Christine M. Gravelle**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544